IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENNIS LUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:25-CV-1092-G-BW |
| UBER TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case.  The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error.  The objections are overruled, and the District Judge finds no plain error with respect to the remainder of the FCR.  The court **ACCEPTS** the FCR of the United States Magistrate Judge.

Accordingly, the defendant's motion to compel arbitration (docket entry 6) is **GRANTED**, the plaintiff's motion for summary judgment (docket entry 10) is **DENIED**, and this action is **STAYED** pending the outcome of arbitration.  The Clerk of Court is **DIRECTED** to close this case statistically, without prejudice to reopening it statistically for further proceedings provided under the Federal Arbitration Act.

**SO ORDERED**.

July 11, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**